NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ANTHONY SMITH,           )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D20-801
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____  )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith P. Spoto, Judge.

William Anthony Smith, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, CASANUEVA, and MORRIS, JJ., Concur.